IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 19-0714 and DA 19-0715

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WOLFGANG ALEXANDER LUCAS VASQUEZ,

      Defendant and Appellant.

## ORDER

Appellant's motion to consolidate is GRANTED. It is hereby ORDERED that DA 19-0714 and DA 19-0715 be consolidated for the purposes of appeal under Cause No. DA 19-0715.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2020